**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY PAUL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-00702-PLC |
| | ) | |
| ST. CHARLES COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

This matter is before the Court for review of the file. On September 28, 2026, the Honorable Patricia L. Cohen ordered Plaintiff to pay the filing fee or file application to proceed in district court without prepaying fees or costs no later than October 14, 2026, and warned Plaintiff that if he did not comply, the Court would dismiss his case. Doc. [3]. To date, Plaintiff has not complied with that order or requested more time to do so.

"A district court has the power to dismiss a litigant's cause of action when the litigant fails to comply with the court's orders." *Hutchins v. A.G. Edwards & Sons, Inc.*, 116 F.3d 1256, 1259 (8th Cir. 1997). Because Plaintiff did not comply with the September 28, 2026, order, the Court will dismiss this action without prejudice.

Dated this 21st day of October 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE